IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 13805

In the Matter of DONALD NEIL PETERSON, II,
*Respondent.*

ORDER OF DISBARMENT

The court admitted respondent Donald Neil Peterson, II, to the practice of law in Kansas on October 5, 1988.

Peterson recently submitted a request to voluntarily surrender his Kansas law license under Supreme Court Rule 230(a) (2025 Kan. S. Ct. R. at 283). On October 15, 2025, the parties filed a joint motion asking the court to accept Peterson's voluntary surrender under Rule 230(b).

The court grants that motion, accepts Peterson's voluntary surrender of his law license, disbars Peterson under Rule 230(b), and revokes Peterson's license and privilege to practice law in Kansas.

The court directs the Office of Judicial Administration to strike the name of Donald Neil Peterson, II, from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

The court notes that any proceeding pending before the Kansas Board for Discipline of Attorneys against Peterson terminates on the date of this order under Rule 230(b)(1)(C). The Disciplinary Administrator may direct an investigator to complete any pending investigation to preserve evidence.

The court assesses the costs of this proceeding to Peterson under Supreme Court Rule 229 (2025 Kan. S. Ct. R. at 282) and directs Peterson to comply with Supreme Court Rule 231 (2025 Kan. S. Ct. R. at 285).

Finally, the court directs the Reporter of Decisions to publish this order in the Kansas Reports.

Dated this 22nd day of October 2025.

LUCKERT, C.J., not participating.